# EXHIBIT A-1

```
UVALDE DISTRICT CLERK'S OFFICE - 07/12/24 - ALL COURTS
CIVIL ACTIVITY LIST - CASE: 2024-05-35547-CV
DETAIL RPT - ALL PLEADINGS - PAGE 1
```

| CASE # | | PLAINTIFF NAME(1) PLT ATTORNEY(1) | DEFENDANT NAME(1) DEF ATTORNEY(1) | | | |
|---|---|---|---|---|---|---|
| PL DTE/S | CODE | DESCRIPTION | REMARKS | DPTY | # PP | AMOUNT |
| 2024-05-35547-C | | OSCAR ORONA IANF OF N.O., A WILSON ,ROBERT | DANIEL DEFENSE, LLC No Defense Atty on file. | | | |
| 05/24/24 | CV | ORIGINAL PETITION CIVIL | PET-PETITION FILING CODE CHOSEN, PLAINTIFFS' ORIGINAL PETITION, PLEASE EMAIL CITATIONS TO RWILSON-SVC@TJHLAW.COM | LPER | 40 | 350.00 |
| 05/24/24 | CV-CIT | ISSUE CITATION | | LPER | | 136.00 |
| 05/24/24 | PET | PETITION | CIVIL PROCESS REQUEST | LPER | 10 | 0.00 |
| 05/24/24 | REC | RECEIPT ISSUED | 213438 | LPER | | 486.00 |
| 06/04/24 | CAP ISSD | CAPIAS ISSUED | CITATION ISSUED ON OASIS OUTBACK LLC | LPER | 0 | 0.00 |
| 06/04/24 | CI | CITATION ISSUED | CITATION ISSUED ON KOUCAR MANAGEMENT LLC | LPER | 0 | 0.00 |
| 06/04/24 | CI | CITATION ISSUED | PROJECT ECHO HOLDING | LPER | 0 | 0.00 |
| 06/04/24 | CAP ISSD | CAPIAS ISSUED | KOUCAR MANAGEMENT LLC | LPER | 0 | 0.00 |
| 06/04/24 | CAP ISSD | CAPIAS ISSUED | CITATION ISSUED ON PROJECT HOLDINS LLC | LPER | 0 | 0.00 |
| 06/04/24 | CI | CITATION ISSUED | CITATION ISSUED ON EOTECH LLC | LPER | 0 | 0.00 |
| 06/04/24 | CI | CITATION ISSUED | CITATION ON FLASH CO INC | LPER | 0 | 0.00 |
| 06/04/24 | CI | CITATION ISSUED | CITATION ISSUED ON EOTECH LLC | LPER | 0 | 0.00 |
| 06/04/24 | CI | CITATION ISSUED | CITATION ISSUED ON FLASH CO LLC | LPER | 0 | 0.00 |
| 06/04/24 | CI | CITATION ISSUED | CITATIONISSUED ON DANIEL DEFENSE HOLDINGS LLC | LPER | 0 | 0.00 |
| 06/04/24 | CI | CITATION ISSUED | CITATION ISSUED ON FIREQEST INTERNATIONAL INC | LPER | 0 | 0.00 |
| 06/04/24 | CI | CITATION ISSUED | CITATION ISSUED ON DANIEL DEFENSE HOLDINGS LLC | LPER | 0 | 0.00 |
| 06/04/24 | CI | CITATION ISSUED | MC DANIEL GROUP INC | LPER | 0 | 0.00 |
| 06/04/24 | CI | CITATION ISSUED | DANIEL DEFENSE LLC | LPER | 0 | 0.00 |
| 06/04/24 | CAP ISSD | CAPIAS ISSUED | MC DANIEL GROUP INC | LPER | 0 | 0.00 |
| 06/04/24 | CI | CAPIAS ISSUED | CITATION ISSUED ON DANIEL DEFENSE LLC | LPER | 0 | 0.00 |
| 06/25/24 | NFD | NO FEE DOCUMENTS | NO FEE DOCUMENTS | KSEN | 3 | 0.00 |
| 06/26/24 | CV-COPS | COPIES-SERVICE | | KSEN | | 39.00 |
| 06/26/24 | CV-CITSEC | ISSUE CITATION-SECRETARY OF STATE | | KSEN | | 8.00 |
| 06/26/24 | CV-CIT | ISSUE CITATION | | KSEN | | 8.00 |
| 06/26/24 | REQ | REQUEST | CIVIL PROCESS REQUEST, PLEASE CALL THE ATTORNEY REQUESTING SERVICE AT 210-656-1000 WHEN THE CITATIONS ARE READY FOR PICK UP. THANK YOU | KSEN | 2 | 0.00 |
| 06/26/24 | REC | RECEIPT ISSUED | 213687 | KSEN | | 55.00 |
| 06/26/24 | CI | CITATION ISSUED | CITATION ISSUED ON OASIS OUTBACK LLC | KSEN | 0 | 0.00 |
| 06/26/24 | CI | CITATION ISSUED | CITAITON ISSUED ON OASIS OUTBACK LLC | KSEN | 0 | 0.00 |

**TOTAL PLEADINGS PRINTED: 28**