## CERTIFICATE OF SERVICE

  I hereby certify that on the 15th day of July 2024, I served the following counsel of record through alternate means of service (via email to rwilson-svc@tjhlaw.com) as authorized by the Federal Rules of Civil Procedure:

Robert P. Wilson
LAW OFFICES OF THOMAS J. HENRY
5711 University Heights, Suite 101
San Antonio, TX 78249
rwilson-svc@tjhlaw.com
***Counsel for all Plaintiffs***

                */s/ David M. Prichard*
                David M. Prichard

168168