IN THE UNITED STATES DISTRICT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| OSCAR ORONA IANF of N.O., *a minor,* et. al.,<br><br>Plaintiffs<br><br>vs.<br><br>DANIEL DEFENSE, LLC, et. al.,<br><br>Defendants | No. 2:24-cv-00074-AM |

# NOTICE OF APPEARANCE OF COUNSEL

Comes now Tom Jacob and enters an appearance as co-counsel with the Thomas J. Henry Law Firm for the following Plaintiffs in the above-styled and numbered case:

1. Oscar Orona, Individually and as Next Friend of N.O., a minor;
2. Cristina Olivarez, Individually and as Next Friend of K.O., a minor;
3. Angelica Rodriguez, Individually and as Next Friend of L.G., a minor;
4. Jose Flores, Individually and as Representative of the Estate of J.F., Jr., a deceased minor;
5. Manuel Lozano, Individually;
6. Lyliana Garcia, Individually;
7. Alejandro Garcia, Individually and as Representative of the Estate of Irma Garcia, deceased; and
8. Elsa Avila.

It is requested that service of all notices, pleadings, orders, and other filings also be made upon Tom Jacob.

Respectfully Submitted,

/s/ Tom Jacob
TOM JACOB
  tjacob@nationaltriallaw.com
  Texas State Bar #24069981
NATIONAL TRIAL LAW
1114 Lost Creek Blvd, Ste. 410
Austin, TX 78746
(512) 476-4346 (o)
(512) 467-4400 (f)

Attorneys for Plaintiffs