# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS DEL RIO DIVISION

| | |
|---|---|
| OSCAR ORONA IANF of N.O., *a minor*, et. al.,<br><br>    Plaintiffs<br><br>vs.<br><br>DANIEL DEFENSE, LLC, et, al,<br><br>    Defendants | Case No. 2:24-cv-00074-AM<br><br>**ORDER** |

# ORDER

Having reviewed the briefing of the Parties, the Court finds good cause and extends the deadlines as follows:

(1) Plaintiffs shall file their Motion to Remand by August 12, 2024;

(2) Defendant Daniel Defense shall file its response to Plaintiffs' Motion to Remand by September 9, 2024;

(3) Plaintiffs shall file their reply by October 7, 2024;

(4) Defendant Daniel Defense shall file its Motion to Dismiss by August 30, 2024;

(5) Plaintiffs shall file their response to Daniel Defense's Motion to Dismiss by October 31, 2024; and

(6) Defendant Daniel Defense shall file its reply by January 17, 2025.

It is so ORDERED.

SIGNED on this _____ day of _____, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE ALIA MOSES