# EXHIBIT 2

# Ryan Cordell

| | |
|---|---|
| **From:** | Margaret Donovan <MDonovan@Koskoff.com> |
| **Sent:** | Thursday, October 24, 2024 1:32 PM |
| **To:** | Stephen Barrick |
| **Cc:** | Ryan Cordell; Jamal Alsaffar |
| **Subject:** | RE: [External] Firequest MTD |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Great, thanks.

**Koskoff**

**Margaret M. Donovan** | Attorney at Law
KOSKOFF KOSKOFF & BIEDER PC
350 Fairfield Ave. Bridgeport, CT 06604
203.336.4421 | 203.368.3244 (fax)
www.koskoff.com

THIS MESSAGE IS ONLY FOR THE USE OF THE ADDRESSEE AND MAY CONTAIN CONFIDENTIAL AND PRIVILEGED INFORMATION. Any dissemination, distribution or copying of this communication other than by the intended recipient(s) is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (collect), and destroy all copies of this communication. Thank you.

**From:** Stephen Barrick <sbarrick@hicks-thomas.com>
**Sent:** Thursday, October 24, 2024 11:58 AM
**To:** Margaret Donovan <MDonovan@Koskoff.com>
**Cc:** Ryan Cordell <rcordell@hicks-thomas.com>; Jamal Alsaffar <jalsaffar@nationaltriallaw.com>
**Subject:** RE: [External] Firequest MTD

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

We do not oppose this schedule.

*J. Stephen Barrick*
HICKS THOMAS LLP
(713) 547-9167 (direct)

**From:** Margaret Donovan <MDonovan@Koskoff.com>
**Sent:** Thursday, October 24, 2024 10:53 AM

**To:** Stephen Barrick <sbarrick@hicks-thomas.com>
**Cc:** Ryan Cordell <rcordell@hicks-thomas.com>; Jamal Alsaffar <jalsaffar@nationaltriallaw.com>
**Subject:** Re: Firequest MTD

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Stephen,
Just following up on the below. Also looping in Jamal.

Thanks,
Margaret


Get Outlook for iOS

---

**From:** Margaret Donovan <MDonovan@Koskoff.com>
**Sent:** Tuesday, October 22, 2024 15:47
**To:** Stephen Barrick <sbarrick@hicks-thomas.com>
**Cc:** Ryan Cordell <rcordell@hicks-thomas.com>
**Subject:** Firequest MTD

Hi Stephen,

I believe under the terms of our prior motion to extend, we would have until November 15 to respond to Firequest's MTD (attached). I am wondering if you would consider a one-month extension of this, until **December 13.** Your respective reply would then be due sometime in early 2025 (45 days after December 13).

For context, I am considering that the judge likely won't be entering a decision on the remand motion for several months. Also, neither the Daniel Defense nor the Oasis Outback motions will be fully briefed (responses+ replies) until later December/early January. Finally, looking at our calendar for November, the multi-week extension accounts for holiday travel and other competing deadlines.

If you agree, this extension would extend to:
- 2:24cv69, Rubio
- 2:24cv72, Mireles
- 2:24cv73, Reyes
- 2:24cv74, Orona

(As to Reyes and Orona, I spoke with Jamal Alsaffar earlier today who said he recently asked for an extension until 10/31, and he agreed my request here would supplant that.)

**Koskoff**

**Margaret M. Donovan** | Attorney at Law

KOSKOFF KOSKOFF & BIEDER PC
350 Fairfield Ave. Bridgeport, CT 06604
203.336.4421 | 203.368.3244 (fax)
www.koskoff.com

THIS MESSAGE IS ONLY FOR THE USE OF THE ADDRESSEE AND MAY CONTAIN CONFIDENTIAL AND PRIVILEGED INFORMATION. Any dissemination, distribution or copying of this communication other than by the intended recipient(s) is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (collect), and destroy all copies of this communication. Thank you.


THIS MESSAGE IS ONLY FOR THE USE OF THE ADDRESSEE AND MAY CONTAIN CONFIDENTIAL AND PRIVILEGED INFORMATION. Any dissemination, distribution or copying of this communication other than by the intended recipient(s) is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (collect), and destroy all copies of this communication. Thank you.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

THIS MESSAGE IS ONLY FOR THE USE OF THE ADDRESSEE AND MAY CONTAIN CONFIDENTIAL AND PRIVILEGED INFORMATION. Any dissemination, distribution or copying of this communication other than by the intended recipient(s) is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (collect), and destroy all copies of this communication. Thank you.