UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| OSCAR ORONA, ET AL., | § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 2:24-CV-00074 |
| DANIEL DEFENSE, LLC, ET AL., | § § | |
| Defendants. | § § | |

# ORDER GRANTING MOTION FOR LEAVE

Defendant Firequest International, Inc.'s Motion for Leave to file its Reply in Support of Motion to Dismiss is GRANTED.

Firequest's Reply, **Exhibit 1** to the Motion for Leave, is deemed timely filed as of January 27, 2025.

Signed this _____ day of _____, 2025.

_____
Judge Presiding